

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00462-CV

_____

MONIKA DAGAR, Appellant

V.

NEWPORT VILLAS PROPERTY OWNER'S ASSOCIATION, INC., Appellee

On Appeal from the 17th District Court
Tarrant County, Texas
Trial Court No. 017-338652-22

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant's brief was due on February 10, 2025, but no brief was filed. *See* Tex. R. App. P. 38.8(a). On February 13, 2025, we warned Appellant that we could dismiss her appeal for want of prosecution unless, within ten days, she filed a brief and an accompanying motion reasonably explaining the brief's untimeliness. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). More than ten days have passed, and we have not received a response.

Because Appellant has failed to file a brief, we dismiss her appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal.

Per Curiam

Delivered: March 6, 2025